IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD B. CAREY and CAREY'S HOME CONSTRUCTION, LLC, | § § § | No. 407, 2015 |
| Plaintiffs Below, Appellants, | § § § § | Court Below – Superior Court of the State of Delaware |
| v. | § § | C.A. No. S11C-10-029 |
| THE ESTATE OF DAVID L. MYERS and ARLENE MYERS, | § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: January 20, 2016
Decided: January 28, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 28th day of January 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision dated July 1, 2015[1].

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice

---

[1] Carey v. Estate of Myers, 2015 WL 4087056 (Del. Super. July 1, 2015).